## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

TYREESE LEARMOND,

Plaintiff,

vs.

EXPERIAN INFORMATION
SOLUTIONS, INC., and  FIDELITY
BROKERAGE SERVICES, LLC.,

Defendants.

4:26CV3138

ORDER

Upon notice of settlement given to the undersigned magistrate judge by counsel for Defendant, Experian Information Solutions, Inc. (Filing No. 38).

**IT IS ORDERED:**

1.  On or before **July 6, 2026**, the Plaintiff and Defendant, Experian Information Solutions, Inc., shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the plaintiff's claims against Experian Information Solutions, Inc.

2.  Absent compliance with this order, the plaintiff's claims against Experian Information Solutions, Inc. may be dismissed without further notice; and

Dated this 4th day of June, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge