IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYREESE LEARMOND,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY BROKERAGE SERVICES, LLC,<br><br>Defendant. | **4:26CV3138**<br><br>**ORDER** |

On July 31, 2026, the Court (1) denied plaintiff Tyreese Learmond's ("Learmond") *pro se* Amended Motion to Remand (Filing No. 16) this case to the District Court of Lancaster County, Nebraska; (2) granted defendant Fidelity Brokerage Services, LLC's ("Fidelity") Motion to Compel Arbitration (Filing No. 7) pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.*; (3) directed the parties to proceed to arbitration in accordance with their agreement; and (4) stayed this case pending arbitration (Filing No. 49). About two hours later, Learmond filed a notice of case dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which authorizes a plaintiff to "dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" (Filing No. 50). Stating that he "hereby dismisses Count IX from this action with prejudice," Learmond explains that "he considers the matter in controversy resolved and does not believe any further proceedings are necessary."[1]

Given the timing of Learmond's notice, the Court reads it to include an implicit request to lift the stay in this case. Though sufficient time has passed for it to weigh in,

[1] At this point, Count IX is the only claim left.

Fidelity has neither opposed nor otherwise responded to Learmond's notice of prejudicial dismissal.

Having heard no objection, the Court finds Learmond's request should be granted. Accordingly,

IT IS ORDERED:

1. The stay in this case is lifted.
2. This case is dismissed with prejudice pursuant to plaintiff Tyreese Learmond's *pro se* Notice of Dismissal (Filing No. 50).
2. Each party shall bear its own fees, costs, and expenses.

Dated this 4th day of September 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge